**NELSON MULLINS**

Alan F. Kaufman
T 646.428.2616
alan.kaufman@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

280 Park Avenue | 15th Floor West
New York, NY 10017
T 646.428.2600   F 646.428.2610
nelsonmullins.com

February 10, 2020

**Via ECF**

Honorable Louis L. Stanton, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Aluminum Silicon Mill Prods v. Deutsche Bank Amer. Holding Corp., et ano.*
             Case No. 1:19-cv-08132-LLS

Dear Judge Stanton:

    We represent Defendants Deutsche Bank Americas Holdings Corporation and Deutsche Bank Trust Company Americas. We write with consent of counsel for Plaintiff Aluminum Silicon Mill Products to respectfully request an adjournment of the Rule 16(b) conference, which is currently scheduled for February 14, 2020 at 11:30 a.m.

    I am currently scheduled to be in Court on another matter that morning and have been unable to move that appearance. Pursuant to the information provided by Your Honor's Chambers with respect to the Court's schedule, we respectfully request that the Rule 16(b) conference be adjourned to February 20 at 3:00 p.m. All parties are also available at that time.

    We thank the Court for its consideration.

                                                   Respectfully submitted,

                                                   Alan F. Kaufman

cc:    All Counsel of Record via ECF