**Brian L. Grossman** | Attorney

shipkevich
ATTORNEYS AT LAW

Shipkevich PLLC
One Liberty Plaza
165 Broadway, Suite 2300
New York, New York 10006

p. 212-252-3003   f. 888-568-5815
www.shipkevich.com

ORIGINAL

**VIA ECF**
Hon. Louis L. Stanton
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/20

September 18, 2020

Re:   *Aluminum Silicon Mill Productions v. Deutsche Bank America Holdings Corp., et ano.*
      Case No. 1:19-cv-08132-LLS

Dear Judge Stanton,

I represent Plaintiff Aluminum Silicon Mill Products GmbH ("ASMP") in the above-referenced action. I write jointly on behalf of ASMP and Defendants Deutsche Bank Americas Holdings Corporation and Deutsche Bank Trust Company Americas (together, "DB", and with ASMP the "Parties") to request an adjournment of the status conference that is currently scheduled for 12:30 p.m. on September 25, 2020, pursuant to Your Honor's Individual Practices, Rule E.

The Parties have been discussing settlement and believe that they are close to reaching a mutually agreeable resolution to this matter without the need for further Court intervention.

The Parties previously requested an adjournment of this conference on July 22, 2020—for the same reasons as this request—which was granted, and the conference was moved to September 25, 2020. The requested adjournment does not affect any other scheduled dates.

Respectfully,

Brian L. Grossman

cc:   Counsel of Record (via: ECF)

**SO ORDERED:**

*Louis L. Stanton*
**U.S.D.J.**
9/18/20